NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000957
28-MAR-2016
08:31 AM**

NO. CAAP-15-0000957

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TYLER K. GREEN, Claimant-Appellant,
v.
HK TRUCKING SERVICES, INC. Employer-Appellee,
and
ISLAND INSURANCE COMPANY, LTD., Insurance Carrier-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-396; 2-15-01046)

ORDER GRANTING THE FEBRUARY 22, 2016 MOTION
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Claimant-Appellant Tyler K. Green's (Appellant) February 22, 2016 "Withdrawal of Appeal Dated December 16, 2015 and Withdrawal of Motion for Leave to Proceed on Appeal In Forma Pauperis," which the court construes as a motion to dismiss the appeal (Motion), the papers in support, the record, and there being no objection, it appears that (1) on December 21, 2015, Appellant filed a notice of appeal in the Labor and Industrial Relations Appeal Board; (2) the appeal has not been docketed; (3) Appellant seeks to dismiss the appeal; and

(4) Hawaiʻi Rules of Appellate Procedure Rule 42(a) authorizes the court, upon a motion, to dismiss an appeal that has not been docketed.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 28, 2016.

Presiding Judge

Associate Judge

Associate Judge